UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MIKELL ALLEN CALVERT (#522411)

VERSUS

LT. MIKE CARLILE

CIVIL ACTION

NO. 14-119-JJB-SCR

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 10, 2015 (doc. no. 15) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED, without prejudice, for failure to timely serve the defendant pursuant to Rule 4(m), Fed.R.Civ.P.

Baton Rouge, Louisiana, this 2nd day of December, 2015.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA